IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DURANT TISDALE, | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | No. 15-5209 |
| | : | |
| CITY OF PHILADELPHIA et al. | : | |
| | : | |
| Defendants. | : | |

## STIPULATION TO OPEN DEFAULT JUDGMENT

AND NOW, this ____ day of _____, 2016, it is hereby STIPULATED and AGREED, by and between plaintiff, Durant Tisdale, and the defendants, City of Philadelphia, Police Officer Timothy Gibson and Police Officer David Sherwood, and their respective counsel, that the Court's January 6, 2016 entry of default judgment will be set aside, and the case will proceed on the merits.

- Plaintiff and Defendants agree that Plaintiff will not be prejudiced if the default judgment is set aside, the Defendants have a meritorious defenses, the default was not the product of Defendants' culpable conduct, and alternative sanctions are unnecessary.

- This Stipulation is in no way a waiver of any claims by Plaintiff or defenses by the Defendant.

It is further STIPULATED and AGREED that this stipulation may be submitted to the court for approval and may be signed in counterparts and filed with the Court in that manner.

_____
Michael I. McDermott, Esquire
Counsel for Plaintiff

_____
Aaron Shotland, Esquire
Counsel for Defendants

APPROVED BY THE COURT

_____
The Honorable Wendy Beetlestone