# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DURANT TISDALE, : | |
| Plaintiff, : | |
| : | **Civil Action** |
| v. : | **No. 15-5209** |
| : | |
| CITY OF PHILADELPHIA et al. : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW,** this ____11ᵗʰ____ day of __January__ 2016, upon consideration of the

Defendants' Motion to Open Default and Plaintiff's Agreement thereto, **IT IS ORDERED**

**AND DECREED** that said motion is **GRANTED**, and this matter shall proceed on the

merits.

BY THE COURT:

The Honorable Wendy Beetlestone